United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                          Case No. 15-03279-MDF
James H. Snead, Jr.                                                             Chapter 13
Tanisha D. Snead
        Debtors                       CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson          Page 1 of 1          Date Rcvd: Jul 27, 2016
                              Form ID: pdf010         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
db             +James H. Snead, Jr.,   3921 Silver Spur Drive,   York, PA 17402-2735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4746137         E-mail/Text: bankruptcy@bbandt.com Jul 27 2016 19:07:07     BB&T Bankruptcy,   PO Box 1847,
                 Wilson, NC  27894,   bankruptcy@bbandt.com,   866-813-1624
                                                                                     TOTAL: 1


                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                              Signature:   /s/Joseph Speetjens

_____


## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor James H. Snead, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Tanisha D. Snead pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JAMES H. SNEAD, JR. | : | CASE NO.:  1-15-bk-03279-MDF |
| aka JAMES H. SNEAD | : | |
| TANISHA D. SNEAD | : | |
| aka TANISHA D. McKIM-SNEAD | : | |
| aka TANISHA D. McKIM | : | |
| Debtors | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
|     Objectant | : | |
| | : | |
|     vs. | : | |
| | : | |
| BRANCH BANKING & TRUST CO | : | |
|     Claimant | : | |

**ORDER**

AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 5 of Branch Banking & Trust Company and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No.5 of Branch Banking & Trust Company shall be deemed untimely filed.

By the Court,

Mary D. France

Bankruptcy Judge    (JDK)

Dated: July 27, 2016