UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES H. SNEAD, JR.
AKA: JAMES H. SNEAD
TANISHA D. SNEAD
AKA: TANISHA D. MCKIM-SNEAD,
TANISHA D. MCKIM

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-15-03279-MDF

JAMES H. SNEAD, JR.
AKA: JAMES H. SNEAD
TANISHA D. SNEAD
AKA: TANISHA D. MCKIM-SNEAD,
TANISHA D. MCKIM

    Respondent(s)

### CERTIFICATION OF DEFAULT

AND NOW on January 23, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 23, 2017, the Debtor(s) is/are $6140.10 in arrears with a plan payment having last been made on Oct 03, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 23, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JAMES H. SNEAD, JR.<br>AKA: JAMES H. SNEAD<br>TANISHA D. SNEAD<br>AKA: TANISHA D. MCKIM-SNEAD, TANISHA D. MCKIM<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>JAMES H. SNEAD, JR.<br>AKA: JAMES H. SNEAD<br>TANISHA D. SNEAD<br>AKA: TANISHA D. MCKIM-SNEAD,<br>TANISHA D. MCKIM<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 1-15-03279-MDF |

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on January 23, 2017.

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH, SHOOK & MURPHY
2132 MARKET STREET
CAMP HILL, PA  17011-

JAMES H. SNEAD, JR.
TANISHA D. SNEAD
3921 SILVER SPUR DRIVE
YORK, PA  17402

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  January 23, 2017