```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 15-03279-MDF
James H. Snead, Jr.                                         Chapter 13
Tanisha D. Snead
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini          Page 1 of 2          Date Rcvd: Jan 23, 2017
                             Form ID: pdf010         Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
```
db/jdb        +James H. Snead, Jr.,    Tanisha D. Snead,    3921 Silver Spur Drive,    York, PA 17402-2735
4677481       +KML Law Group PC,    Suite 5000 BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
4706486       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
4677483       +Medical Data Systems I,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
4677484       +Medical Revenue Service,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
4677485        Met-Ed,    P.O. Box 3687,    Akron, OH 44309-3687
4677486       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4677489        Springettsbury Township,    Sewer Fund,    P.O. Box 824907,    Philadelphia, PA 19182-4907
4677490       +The Prudential Insurance Company,    Disability Management Services,    PO Box 13480,
                Philadelphia, PA 19176-3480
4677491       +Verizon,    500 Technology Drive, Suite 30,    Saint Charles, MO 63304-2225
4677493       +York Credit Bureau,    33 South Duke Street,    York, PA 17401-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4677480       +E-mail/Text: roy.buchholz@allianceoneinc.com Jan 23 2017 19:07:07      Alliance One,
                4850 Street Rd, Level C,    Feasterville Trevose, PA 19053-6643
4682848        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2017 19:13:28
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
4710988        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2017 19:13:28
                 American InfoSource LP as agent for,   Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
4746137        E-mail/Text: bankruptcy@bbandt.com Jan 23 2017 19:07:09      BB&T Bankruptcy,    PO Box 1847,
                Wilson, NC  27894,    bankruptcy@bbandt.com,   866-813-1624
4677482        E-mail/Text: camanagement@mtb.com Jan 23 2017 19:07:11     M&T Bank,    1 Fountain Plaza,
                Buffalo, NY 14203
4705488        E-mail/Text: camanagement@mtb.com Jan 23 2017 19:07:11     M&T BANK,    PO BOX 1288,
                Buffalo, NY 14240
4677488       +E-mail/Text: HELP@PASVCS.COM Jan 23 2017 19:07:28     Patientaccsv,    5100 W. Copans Road,
                Pompano Beach, FL 33063-7747
4677492       +E-mail/Text: kcm@yatb.com Jan 23 2017 19:07:08     York Adams Tax Bureau,    1405 N. Duke Street,
                PO Box 15627,    York, PA 17405-0156
4677494       +E-mail/Text: jhinkson-baucum@republicservices.com Jan 23 2017 19:07:24      York Waste Disposal,
                3730 Sandhurst Drive,    York, PA 17406-7935
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4677487*      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor James H. Snead, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Tanisha D. Snead pmurphy@dplglaw.com,
               kgreene@dplglaw.com
```

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **JAMES H. SNEAD, JR.**<br>**AKA JAMES H. SNEAD**<br>**TANISHA D. SNEAD**<br>**AKA TANISHA D. MCKIM-SNEAD**<br>**AKA TANISHA D. MCKIM**<br><br>Debtor(s)<br><br>**CHARLES J. DEHART, III**<br>**(TRUSTEE)**<br><br>Movant(s)<br>vs.<br>**JAMES H. SNEAD, JR.**<br>**AKA JAMES H. SNEAD**<br>**TANISHA D. SNEAD**<br>**AKA TANISHA D. MCKIM-SNEAD**<br>**AKA TANISHA D. MCKIM**<br><br>Respondent(s) | Chapter: 13<br><br>Case Number: 1:15-bk-03279-MDF |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Dated: January 23, 2017

MDPA-Dismiss Case.WPT - REV 01/15